No. 89–630.   CITY OF KILGORE, TEXAS *v.* MOORE.   C. A. 5th Cir.   Certiorari denied.

No. 89–632.   GK TRUCKING CORP. ET AL. *v.* LACINA ET AL. C. A. 9th Cir.   Certiorari denied.

No. 89–634.   CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND *v.* BANNER INDUSTRIES, INC., ET AL. C. A. 7th Cir.   Certiorari denied.

No. 89–636.   BARRETT, DBA BARRETT OUTDOOR COMMUNICA-TIONS *v.* BURNS, COMMISSIONER OF TRANSPORTATION OF CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.

No. 89–642.   COLUMBUS-MCKINNON, INC. *v.* GEARENCH, INC. C. A. 5th Cir.   Certiorari denied.

No. 89–643.   GOLUB *v.* HYDRA OFFSHORE, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–646.   DUNCAN *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–683.   WATERHOUSE *v.* RODRIGUEZ, CHAIRMAN, NEW YORK STATE BOARD OF PAROLE, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–687.   CLARK *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 89–714.   POWELL ET UX. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 89–718.   MARTEL *v.* TALBOT ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 89–719.   UNITED STATES *v.* NOFZIGER.   C. A. D. C. Cir. Certiorari denied.

No. 89–730.   DIETRICK ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.